**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Nicholas Blake Glover, Appellant.

Appellate Case No. 2014-000103

―――――――

Appeal From Bamberg County
Doyet A. Early, III, Circuit Court Judge

―――――――

Unpublished Opinion No. 2015-UP-251
Submitted March 1, 2015 – Filed May 13, 2015

―――――――

**APPEAL DISMISSED**

―――――――

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

General Counsel Matthew C. Buchanan, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

―――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.